# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2012

145036 & (114)(115)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

IN RE BRENT, MINORS.

SC: 145036
COA: 298720
Wayne CC Family Division:
10-492704

_____/

On order of the Court, the application for leave to appeal the February 7, 2012 judgment of the Court of Appeals and the applications for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., did not participate because of a familial relationship with the referee in this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2012

_____
Clerk

p0613